UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

MASSACHUSETTS BAY INS. CO.          CIVIL ACTION NO. 6:17-01600

VERSUS                              UNASSIGNED DISTRICT JUDGE

DORIS H. USIE, ET AL.               MAG. JUDGE CAROL B. WHITEHURST

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion To Dismiss filed by Defendant Doris Usie [Doc. 12] is DENIED.

MONROE, LOUISIANA, on this 17th day of April, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE